**Original filed 4/10/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD R. PROVOST, | ) | No. C 06-6242 JF (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| K. PROSPER, et al., | ) | |
| Defendants. | ) | (Docket No. 3) |

    Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 concerning the conditions of his confinement at the California Conservation Center in Susanville, California. Plaintiff is currently incarcerated at High Desert State Prison in Susanville. Because the acts complained of occurred in Lassen County and the Defendants are located in Lassen County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

    This case is therefore TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

Order of Transfer
P:\pro-se\sj.jf\cr.06\Provost242trans    1

1   Based upon the transfer, the Court will not rule upon Plaintiff's application to proceed in
2   forma pauperis (docket no. 3).  The Clerk shall terminate all pending motions and transfer
3   the entire file to the Eastern District of California.
4         IT IS SO ORDERED.
5   DATED:  4/5/07

                       JEREMY FOGEL
6                          United States District Judge

A copy of this ruling was mailed to the following:

Reginald R. Provost
V-84478
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127